# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**VANTICE BESHEARS, JR,**
**Petitioner,**

vs.  Case Number:  **07-2134**

**R.V. VEACH, Warden and**
**LISA MADIGAN, Attorney General**
**of Illinois,**
**Respondents.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is dismissed with prejudice as untimely.  This case is terminated.

ENTER this 13th day of February 2008.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK